IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | § | |
|---|---|---|
| MICHELLE RYAN and VANESSA MORENO, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:06-CV-0183-G ECF |
| STAFF CARE, INC. and MERRITT, HAWKINS & ASSOCIATES, | § § § § | |
| Defendants | § § | |

## JOINT MOTION TO SEAL APPENDIX

Plaintiffs and Defendants (collectively, the "Parties") file this Joint Motion to Seal Appendix (the "Motion"), and in support thereof would show as follows:

On March 14, 2008, the Parties entered into a preliminary Memorandum of Settlement, resolving all claims at issue in this litigation. The Parties subsequently memorialized their settlement in a Settlement and Release Agreement (the "Agreement").

Contemporaneously herewith, the Parties have asked the Court to approve the Agreement, and have filed a Joint Motion for Entry of Stipulated Judgment.

The Parties have mutually agreed, as an essential condition of their settlement, that the terms of the Agreement should remain confidential. Accordingly, the Parties respectfully request that the Court permit them to file a copy of the Agreement to the Court under seal.

## PRAYER

Wherefore, the Parties respectfully request that the Court grant this Motion, and direct the Clerk of Court to file under seal the Appendix to the Joint Motion for Entry of Stipulated Judgment.

1

013664.00011:946275.03

Dated: May 2, 2008.

Respectfully Submitted,

_J.D.B. with permission_ /s/ David Alexander
J. Derek Braziel
State Bar No. 00793380
**LEE & BRAZIEL, LLP**
1801 N. Lamar St. Ste. 325
Dallas, Texas 75202
214.749.1400 (phone)
214.749.1010 (facsimile)


Jeremi K. Young
State Bar No. 24013793
Jeffrey H. Rasansky
State Bar No. 16551150
**RASANSKY LAW FIRM**
2525 McKinnon, Suite 725
Dallas, Texas 75201
214.651.6100 (phone)
214.651.6150 (facsimile)


Richard J. Burch
State Bar No. 24001807
**BRUCKNER BIRCH PLLC**
5847 San Felipe, Suite 3900
Houston, Texas 77057
713.877.8788 (phone)
713.877.8065 (facsimile)

**ATTORNEYS FOR PLAINTIFFS**

/s/ David Alexander
Mark A. Shank
State Bar No. 18090800
David A. Alexander
State Bar No. 24045388
**KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP**
1717 Main Street, Suite 2800
Dallas, Texas 75209
214.939.5500 (phone)
214.939.5849 (facsimile)


Theodore C. Anderson
State Bar No. 01215700
Robert M. Behrendt
State Bar No. 24012270
**KILGORE & KILGORE, PLLC**
3109 Carlisle, Suite 200
Dallas, Texas 75204
214.969.9099 (phone)
214.953.0133 (facsimile)

**ATTORNEYS FOR DEFENDANTS**

013664.00011:946275.03